FILED

06/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0062

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0062

::::::::::::::::::::::::::::::::::::::::::::::::::::

JOHN BREUER,

       Plaintiff/Appellee,

  -vs-

STATE OF MONTANA,

       Defendant/Appellant.

::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

The Appellant in this matter has moved the Court for an extension of time in which to file its Opening Brief. Upon review and for good cause shown,

IT IS ORDERED that Appellant's motion is granted and Appellant's Opening Brief is now due on or before June 24, 2022.

DATED THIS _____day of _____, 2022.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2022